IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES A. WRIGHT                                                                                    PLAINTIFF
ADC # 142769

V.                                      Case No. 1:15CV00072 JM/BD

J. PAGE, et al.                                                                                   DEFENDANTS

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff James Wright, an inmate housed at the Grimes Unit of the Arkansas Department of Corrections ("ADC"), filed this lawsuit pro se and is proceeding *in forma pauperis*.  (Docket entries #1, #6)  Because Mr. Wright's original complaint was

deficient, he was given an opportunity to amend his complaint so as to state a claim upon which relief can be granted. (#6) Mr. Wright has now filed his amended complaint. (#7)

Mr. Wright alleges that he was placed on "food loaf" after he notified officials that he was suicidal. (#7) Mr. Wright alleges that being placed on "food loaf" for behavior control amounts to cruel and unusual punishment. (#7) He does not allege that this resulted in inadequate nutrition or that he suffered harm from being placed on "food loaf"; rather, he alleges that a "food loaf" diet is, in effect, punishment that he did not deserve. (#7)

These facts do not rise to the level of a constitutional violation. *Boyle v. Lay*, 2009 WL 4884222 (2009) ("Plaintiff's eighth amendment claim fails because there is no allegation that he was deprived of adequate amounts of food, that the food loaf was unsanitary, or that he became ill or suffered any physical injury attributable to the food loaf diet.") Because Mr. Wright has not stated a claim on which relief can be granted, his claims should be dismissed.

Accordingly, the Court recommends that Mr. Wright's claims against the Defendants be DISMISSED, without prejudice.

DATED this 24th day of July, 2015.

UNITED STATES MAGISTRATE JUDGE