# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAMES A. WRIGHT**                                                                              **PLAINTIFF**
**ADC # 142769**

**V.**                                      **Case No. 1:15CV00072 JM/BD**

**J. PAGE, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Wright's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wright's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 12th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE